400 A.2d 615

Commonwealth ex rel. Phillips v. Phillips, Appellant.

Argued December 4, 1978.   C. George Milner, for appellant;   John M. McAllister, for appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Order affirmed.